UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: DENNIS LEE STONER )
)
)   Case Number  22-00969-JJG-13
)
Debtor(s) )

## MOTION REQUESTING PERMANENT WAIVER
## OF CREDIT COUNSELING REQUIREMENT

Comes now  Dennis Lee Stoner, by counsel,  and request(s) the
*(Name of party requesting relief, by counsel if applicable)*
entry of an order permanently waiving the credit counseling requirement set forth in 11 U.S.C. § 109(h) because of incapacity, disability, or active military duty in a military combat zone, and in support thereof states:

*[Describe in detail the incapacity/ disability or indicate where debtor is currently stationed, if serving in the military]*

The Debtor is 74 years old with serious dementia. Due to his dementia, he is "incapable of realizing and making rational decisions with respect to his financial responsibilities." Id. Accordingly, he is exempt from the credit counseling requirement by reason of incapacity.

Wherefore, the Debtor asks the court to grant a permanent waiver of 11 U.S.C. 109(h)'s credit counseling requirement.

_____
*Signature of filing party*

_____
*Signature of joint filing party (as applicable)*

OR

/s/ Matthew W. Conrad #23534-49
*Counsel for Moving Party*

Address:  Conrad Legal LLC
101 West Ohio Street, Suite 2000
Indianapolis IN  46204-4204

Area code and phone: 317.454.8188
E-mail address:  matt@conradlegalindy.com