UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                    )
                          )
DENNIS LEE STONER,        ) CASE NO. 22-00969-JJG-13
                          )
DEBTOR.                   )

TRUSTEE'S REPORT TO COURT

John M. Hauber, your trustee herein, having conducted the meeting of creditors is unable to recommend plan confirmation because:

____Objection to plan by creditor:

____Need ruling on Lift Motion filed by:

____Trustee is filing separate objection needing ruling by Court

____Trustee requests a confirmation hearing be set due to plan not being distributed to creditors prior to #341 meeting.

__X__Other: Debtors filed an amended plan on April 29, 2022--- The trustee to review and will report further prior to the objection deadline.

Based upon the above report, your trustee advises the Court that:

____An amendment will be filed within 30 days from the #341 hearing and will consist of amended plan Circulate to all parties of record.

____Debtor will file a motion to within days from #341

__X__ Debtor attempting to settle objections with trustee or creditors; hold further action until trustee advises within 30 days

____Set:    ____Confirmation Hearing    ____Other:

____Please set above:    ___As soon as a date is available;
                         ___Only after the claims bar date has run;
                         ___Other:

____Please send additional notice to:

                                        Respectfully submitted,

DATE:  May 3, 2022                      /s/ John M. Hauber_____
                                        John M. Hauber, Trustee
                                        320 N. Meridian Street STE 200
                                        Indianapolis, IN  46204
                                        (317) 636-1062; (317) 636-1186 fax

DISTRIBUTION: U.S. TRUSTEE; CHAPTER 13 TRUSTEE (Hauber)